IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO KENDRELL DAVIS                                                                       PLAINTIFF

v.                                              Case No. 5:13-CV-05273

RUSSELL MORPHIS, Chief of Police, Lincoln,
Arkansas; OFFICER ANDERSON, Transport
Officer, Lincoln Police Department; TIM HELDER,
Sheriff, Washington County, Arkansas; MICHAEL
ARNOLD, Intake Officer, Washington County
Detention Center (WCDC) ; CODY DOSS, Searching
Officer, WCDC; and OFFICER WILLIAMS, WCDC                                     DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 10) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to obey a Court order.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of June, 2014.

*/s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE